Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN 38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2025 to 02/19/2026

**Chapter 13 Case No. 23-21602 / CMG**

Gerald J. Inzerma, Jr.
Karen A. Inzerma

Petition Filed Date: 12/15/2023
341 Hearing Date: 01/11/2024
Confirmation Date: 02/21/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2025 | $220.00 | | 02/26/2025 | $220.00 | | 03/26/2025 | $220.00 | |
| 04/28/2025 | $220.00 | | 05/27/2025 | $220.00 | | 06/27/2025 | $220.00 | |
| 07/30/2025 | $220.00 | | 08/26/2025 | $220.00 | | 09/26/2025 | $220.00 | |
| 10/27/2025 | $220.00 | | 11/26/2025 | $220.00 | | 12/29/2025 | $220.00 | |
| 01/27/2026 | $220.00 | | | | | | | |

**Total Receipts for the Period: $2,860.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $5,500.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Gerald J. Inzerma, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Thomas G. Egner, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2022/AMD $0 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» AMD $0 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $453.57 | $0.00 | $453.57 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $2,879.40 | $0.00 | $2,879.40 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» THE BANK OF MISSOURI | Unsecured Creditors | $647.33 | $0.00 | $647.33 |
| 6 | AARON'S LLC F/K/A AARON'S, INC<br>»» ROCKER RECLINER | Secured Creditors | $565.59 | $50.24 | $515.35 |
| 7 | AARON'S LLC F/K/A AARON'S, INC | Unsecured Creditors | $247.21 | $0.00 | $247.21 |
| 8 | AARON'S LLC F/K/A AARON'S, INC<br>»» WILLOW SOFA | Secured Creditors | $566.32 | $50.31 | $516.01 |
| 9 | AARON'S LLC F/K/A AARON'S, INC | Unsecured Creditors | $246.48 | $0.00 | $246.48 |
| 10 | AARON'S LLC F/K/A AARON'S, INC<br>»» KING & QUEEN BED | Secured Creditors | $194.37 | $17.27 | $177.10 |
| 11 | HYUNDAI CAPITAL AMERICA (HCA)<br>»» 2022 FORTE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 12 | MERRICK BANK | Unsecured Creditors | $1,007.29 | $0.00 | $1,007.29 |

**Chapter 13 Case No. 23-21602 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» BANK OF MISSOURI/VERVE | Unsecured Creditors | $1,051.41 | $0.00 | $1,051.41 |
| 14 | LVNV FUNDING LLC<br>»» FIRST BANK & TRUST/MERCURY | Unsecured Creditors | $2,638.15 | $0.00 | $2,638.15 |
| 15 | LVNV FUNDING LLC<br>»» CITIBANK/BEST BUY | Unsecured Creditors | $762.12 | $0.00 | $762.12 |
| 16 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $617.55 | $0.00 | $617.55 |
| 17 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» BANK OF MISSOURI/ASPIRE CREDIT CARD | Unsecured Creditors | $1,787.68 | $0.00 | $1,787.68 |
| 18 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» ASPIRE CC | Unsecured Creditors<br>No Disbursements: Duplicate Claim | $0.00 | $0.00 | $0.00 |
| 19 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» BANK OF MISSOURI/ASPIRE CC | Unsecured Creditors | $2,342.58 | $0.00 | $2,342.58 |
| 20 | CAVALRY SPV I, LLC<br>»» SYNCHRONY BANK/HOME DESIGN | Unsecured Creditors | $685.38 | $0.00 | $685.38 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» SYNCHRONY/CARECREDIT | Unsecured Creditors | $3,684.20 | $0.00 | $3,684.20 |
| 22 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CITIBANK, NA/MY BEST BUY | Unsecured Creditors | $1,655.45 | $0.00 | $1,655.45 |
| 23 | MIDLAND CREDIT MANAGEMENT, INC<br>»» THE BANK OF MISSOURI/MILESTONE | Unsecured Creditors | $1,209.64 | $0.00 | $1,209.64 |
| 24 | MIDLAND CREDIT MANAGEMENT, INC<br>»» COMENITY CAPITAL BANK/BURLINGTON | Unsecured Creditors | $1,167.62 | $0.00 | $1,167.62 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $2,519.27 | $0.00 | $2,519.27 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/THE HOME DEPOT | Unsecured Creditors | $1,036.10 | $0.00 | $1,036.10 |
| 27 | TD BANK USA NA | Unsecured Creditors | $576.18 | $0.00 | $576.18 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE, NA | Unsecured Creditors | $712.14 | $0.00 | $712.14 |
| 29 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $116.55 | $0.00 | $116.55 |
| 30 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $162.00 | $0.00 | $162.00 |
| 31 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $197.71 | $0.00 | $197.71 |
| 32 | PLANET HOME LENDING, LLC<br>»» P/81 PEONY ST/1ST MTG | Mortgage Arrears | $278.77 | $24.76 | $254.01 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE, NA | Unsecured Creditors | $866.86 | $0.00 | $866.86 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/SAMS CLUB | Unsecured Creditors | $3,143.88 | $0.00 | $3,143.88 |
| 35 | AARON'S LLC F/K/A AARON'S, INC | Unsecured Creditors | $35.71 | $0.00 | $35.71 |
| 36 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2020-2021/AMD $0 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 37 | SOCIAL SECURITY ADMINISTRATION | Unsecured Creditors | $35,859.00 | $0.00 | $35,859.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,500.00 | Plan Balance: | $5,060.00 ** |
| Paid to Claims: | $4,892.58 | Current Monthly Payment: | $220.00 |
| Paid to Trustee: | $403.70 | Arrearages: | $220.00 |
| Funds on Hand: | $203.72 | Total Plan Base: | $10,560.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

****This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**