UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William E. Craig, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Creditor, Hyundai Capital America
as servicer for Hyundai Lease Titling Trust

In Re:
GERALD J. INZERMA, JR.
KAREN A. INZERMA

Case No.: 23-21602

Chapter: 13

Judge: CMG

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Hyundai Capital America. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: William E. Craig, Esquire
Eisenberg, Gold & Agrawal, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, NJ 08034

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 9/29/2026

/s/ William E. Craig, Esq.
Signature